**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     In re The City of Meadows Place, Texas and Gary Stewart, Chief of Police

Appellate case number:   01-16-00073-CR and 01-16-00074-CR

Trial court case number:  1374217

Trial court:             174th District Court of Harris County

On January 29, 2016, relators, The City of Meadows Place, Texas and Gary Stewart, Chief of Police, filed a petition for writ of mandamus and writ of prohibition in this Court. The Court requests a response to the petition from real party in interest Shane West, and the State of Texas. The responses are due no later than **Monday, February 22, 2016.**

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                   ☒ Acting individually    ☐ Acting for the Court

Date: February 1, 2016